# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | 2:09-CR-153-LSC-MHH |
| | ) | |
| **ANNE F. WOODS** | ) | |

## SUBMISSION OF HOSPITAL RECORD

Comes now the defendant Woods and submits the following record showing her hospitalization for an infection. She reports having been hospitalized approximately one week. The diagnosis was "Infected diabetic foot ulcer," and she was advised that there was a "distinct possibility that amputation may be required." It was not, but she remains subject to problems caused by her diabetes.

Ms. Woods also reported to the undersigned that she is on oxygen all night and parts of the day.

09/25/2013 WED 9:24 FAX 2056208681 ☒002/006

Woods, Anne F (MR # 0135492)  Encounter Date: 07/03/2013

**Anne F Woods**
7/3/2013 10:15 AM Non-EMR Encounter
MRN: 0135492

Description: **71 year old female**
Provider: **Bhss Wound Care Cl Provider**
Department: **Bhss Wound Care Clinic**

**Progress Notes**
Scan on 7/3/2013 by Kellye Elliott : coa
Scan on 7/3/2013 by Linda Kiker

Not recorded
Transcription

**WOUND CARE CONSULTATION by Everitt Newton Simmons, MD**
DICTATED BY: Everitt N Simmons, MD
PATIENT NAME: ANNE WOODS
MRN: 135492
PATIENT CLASS: O
CSN#:5003817525
ROOM:
ADMIT DATE: 07/03/2013
DISCHARGE DATE:
CC:
WOUND CARE CONSULTATION
DATE OF SERVICE:
07/03/2013

HISTORY:
Ms. Woods states that her left 3rd toe began swelling and become more painful several days ago. She denies any fever or chills. On exam today, the entire toe is discolored, swollen with purulent hemorrhagic bullae covering most of the dorsum of the toe. There is a mild amount of cellulitis at the base of the toe extending on to the dorsum of the foot. The foot itself is neither hot nor swollen. The patient will be admitted to Dr. Chere Fulmer. I have discussed the patient with Dr. Fulmer who has agreed to admit her. Discussed with the patient distinct possibility that amputation may be required. Admission orders have been present to _____.

DIAGNOSIS:
Infected diabetic foot ulcer, third toe.

Everitt N Simmons, MD

DD: 07/03/2013 10:59:46                                          2291863
DT: 07/03/2013 20:49:42
30279115

Document Information

Woods, Anne F (MR # 0135492) Printed by Kemoni White, PCE [KEM004] at 9/25/13 9:41 AM    Page 1 of 2

Respectfully submitted,

*/s/ Michael V. Rasmussen*

Michael V. Rasmussen
Attorney for the defendant
Bar Number: ASB-4235-A43M
130 Inverness Plaza # 175
Birmingham, AL 35242

Telephone: (205) 401-8142
E-mail: rasmussenlaw@charter.net

## CERTIFICATE OF SERVICE

I hereby certify that on the above stated date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to, Enid Dean, Assistant United States Attorney.

Respectfully Submitted

*/s/ Michael V. Rasmussen*

Michael V. Rasmussen
Attorney for the defendant

Bar Number: ASB-4235-A43M
130 Inverness Plaza # 175
Birmingham, AL 35242

Telephone: (205) 401-8142
E-mail: rasmussenlaw@charter.net