# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )     **2:09-CR-00153-LSC-MHH** |
| | ) |
| **ANNE F. WOODS** | ) |
|    also known as *"Rozanne F. Woods"* | ) |

## MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

Comes Now the United States of America, by and through its counsel, Joyce White Vance, United States Attorney, and William R. Chambers, Jr., Assistant United States Attorney, and respectfully moves this Court to dismiss the Superseding Indictment in the above-styled and numbered case as to the defendant, ANNE F. WOODS, without prejudice. In support, the United States submits the following:

On May 27, 2009, a Federal Grand Jury in Birmingham returned an eleven (11) count Superseding Indictment against the defendant and others. WOODS was charged in Count Two with having conspired to possess with the intent to distribute and distribute 50 grams or more of methamphetamine, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, and 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana in violation of Title 21, United States Code,

Sections 846, 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).  Count Five of the Superseding Indictment also charged WOODS with having used a communication facility in furtherance of a drug trafficking crime, in violation of Title 21, United States Code, Section 843(b).

WOODS waived personal appearance at arraignment and entered a plea of not guilty through her attorney on June 24, 2009.  Due to persistent medical issues, disposition of WOODS' case was delayed.  The medical issues associated with WOODS' have been the subject of numerous motions, submissions, and hearings.  On September 30, 2013, this Court entered an order, under seal, addressing these medical issues and their impact on WOODS' ability to stand trial.

Premised on the Court's Order of September 30, 2013, (Doc. 204), and the findings contained therein regarding the defendant's ability to stand trial and the nature of her ongoing medical issues and needs, the United States submits that, at the present time, the interests of justice dictate that the Superseding Indictment as to the defendant, ANNE F. WOODS, be dismissed without prejudice.  Should WOODS' ability to stand trial be restored, the United States will consider presenting this matter to a grand jury at that time.

Wherefore, premised on the foregoing, the United States Moves this Court to Dismiss the Superseding Indictment as to the defendant, ANNE F. WOODS, without prejudice.

Respectfully submitted, this the 10th day of October, 2013.

>JOYCE WHITE VANCE
>United States Attorney
>
>*/s/ William R. Chambers, Jr.*
>
>WILLIAM R. CHAMBERS, JR.
>Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been electronically filed with the Clerk of Court, Northern District of Alabama, on this the 10th day of October, 2013, using the CM/ECF filing system, which will send notification of the same to counsel of record:

    Michael V. Rasmussen
    MICHAEL V RASMUSSEN, ATTORNEY AT LAW
    130 Inverness Plaza, #175
    Birmingham, AL 35242
    Counsel for the defendant

    Respectfully submitted,

    */s/ William R. Chambers, Jr.*

    WILLIAM R. CHAMBERS, JR.
    Assistant United States Attorney