# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**VS.**                                         2:09-cr-153-LSC-MHH (005)

**Anne F. Woods,**
    **Defendant.**

## ORDER

The Court has before it Government's Motion to Dismiss Indictment Without Prejudice (doc. 205). The court finds that the motion is due to be and is hereby **GRANTED**. The Superseding Indictment as to the above named defendant <u>only</u> is **DISMISSED** without prejudice.

Done this <u>10th</u> day of <u>October, 2013</u>.

                                          */s/ L. Scott Coogler*
                                         L. Scott Coogler
                                  United States District Judge
                                                  123966